[No. 25082-9-II.   Division Two.   January 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN L. HEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00532-7, Don L. McCulloch, J., entered August 13, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 25064-1-II.   Division Two.   January 26, 2001.]

HIDEKO KENNEDY, ET AL., *Appellants*, v. JOHNSON & JOHNSON BABY PRODUCTS COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-00766-8, Jay B. Roof, J., entered August 24, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 24771-2-II.   Division Two.   January 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEYNA JAMES MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00285-8, George L. Wood, J., entered May 14, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan, J., and Wang, J. Pro Tem.

[No. 45747-1-I.   Division One.   January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN M. SNOODY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27257-1, Janice Niemi, J., entered January 26, 2000. *Reversed* by unpublished per curiam opinion.